## Marshal Jackson BAXTER v. STATE.
### No. 17518.

Court of Criminal Appeals of Texas.

April 17, 1935.

Rehearing Denied May 29, 1935.

Roberson, Hart, Johnson & Hart, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for receiving and concealing stolen property; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.